UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIMMARIE NORMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff<br><br>-against-<br><br>880-882 LEX LLC and JOHN DOE d/b/a DUNKIN' DONUTS,<br><br>Defendants. | Case: 1:26-cv-00460-GHW<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Stephen J. Barrett of WILSON, ELSER, MOSKOWITZ,

EDELMAN & DICKER LLP hereby appears as counsel for defendant 880-882 LEX LLC in the

above-captioned matter.

Dated: New York, New York
         April 21, 2026

                                        Yours, etc.

By:   */s/ Stephen Barrett*
         Stephen J. Barrett (4739967)
         WILSON, ELSER, MOSKOWITZ,
         EDELMAN & DICKER LLP
         150 East 42nd Street
         New York, NY 10017-5639
         Telephone: 212-490-3000
         Fax: 212-490-3038
         Stephen.Barrett@wilsonelser.com