**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KIMMARIE NORMAN, Individually and on Behalf of all Others Similarly Situated,<br><br>                                    Plaintiff<br>- against -<br><br><br>880-882 LEX LLC and JOHN DOE d/b/a DUNKIN' DONUTS<br><br>                                    Defendants | 26cv460 (GHW)(OTW) |

## STIPULATION TO AMEND

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersign, that

Plaintiffs shall amend the caption and the complaint on or before May 4, 2026.

The caption shall be amended to state: KIMMARIE NORMAN v. 880-882 LEX LLC

and 882 LEX DONUTS LLC d/b/a DUNKIN DONUTS.

**IT IS FURTHER STIPULATED AND AGREED** that Defendants shall be afforded

twenty-one (21) days after this Stipulation is So-Ordered, or the Amended Complaint is filed,

whichever is later, to respond to the Amended Complaint.


DATED: May 1, 2026

1

LAW FIRM OF JAMES E. BAHAMONDE, P.C.

By:_____

James E. Bahamonde
2501 Jody Court
North Bellmore, NY 11710
Tel:  (646) 290-8258
james@civilrightsNY.com

Attorney for Plaintiff

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By:_____

Stephen J. Barrett
150 E. 42nd St.
New York, NY 10017
Tel:  (212) 915-5479E-mail:
stephen.barrett@wilsonelser.com

Attorney for Defendants

It is so ORDERED this _____ day of _____, 2026.

_____

HON. GREGORY H. WOODS
UNITED STATES DISTRICT COURT JUDGE

2