Law Offices of
# JAMES E. BAHAMONDE, P.C.

2501 Jody Court
Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376

August 3, 2026

**BY ECF**

Honorable Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

      **Re.**     **Norman v. 880-882 LEX LLC, et al., 26cv460 (GHW)(OTW)**

Dear Judge Woods:

      I represent Plaintiff in the above-referenced action. On behalf of all parties, I respectfully submit this letter requesting that the Court refer this matter to court-annexed mediation through the Southern District of New York's mediation program.

      Thank you for Your Honor's attention to this request and for the Court's consideration.

              Respectfully submitted,

              /s/ James E. Bahamonde

              James E. Bahamonde, Esq.