**MEMO ENDORSED.**

Law Offices of
**JAMES E. BAHAMONDE, P.C.**
2501 Jody Court
Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376

August 28, 2026

**BY ECF**

Honorable Ona T. Wang, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

**Re. Norman v. 880-882 LEX LLC, et al., 26cv460 (GHW)(OTW)**

Dear Magistrate Judge Wang:

I represent Plaintiff in the above-referenced action. On behalf of all parties, I respectfully submit this joint letter motion requesting a sixty-day extension of the current discovery schedule. This is the parties' first request for an extension of the discovery deadlines.

Under the current schedule, the parties are required to complete depositions by September 4, 2026, and to complete all factual discovery by September 17, 2026. The parties have exchanged written discovery and are working cooperatively to narrow the issues in dispute. However, depositions have not yet been conducted.

The requested extension is made in good faith and for good cause. Additional time will give the parties a meaningful opportunity to pursue resolution through the Southern District of New York's mediation program, to which they have been referred. See Docket Entry dated August 20, 2026. Further, the additional time will allow the parties to avoid unnecessary motion practice, complete depositions, and minimize the attorney's fees and litigation expenses that would otherwise be incurred if discovery were compressed into the existing schedule. The parties therefore respectfully request that the Court extend the deadline to complete depositions from September 4, 2026 to November 3, 2026, and extend the deadline to complete all discovery from September 17, 2026 to November 16, 2026.

No party will be prejudiced by the requested extension, and all parties consent to the relief requested herein.

Thank you for Your Honor's attention to this request and for the Court's consideration.

Respectfully submitted,

/s/ James E. Bahamonde

James E. Bahamonde, Esq.

cc:
Stephen Barrett, Esq.
Attorney for Defendant.

Application **GRANTED.**

Parties are directed to file a joint status letter on the status of mediation on the last business Friday of every month, beginning on Friday, October 30, 2026.

**SO ORDERED.**

Ona T. Wang
U.S.M.J.

September 14, 2026